IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WANDA L. OATS                                                                                       PLAINTIFF

VS.                                              Case No. 03-CV-4098

COOPER TIRE & RUBBER COMPANY                                               DEFENDANT

**<u>ORDER</u>**

On August 24, 2005, the Court ordered Defendant Cooper Tire & Rubber Company ("Cooper") to produce documents obtained by Oat's counsel from litigation in California for *in camera* inspection so the Court could determine whether those documents could be used in this case. The Court received the documents on August 31, 2005. Most of these documents were generated in 1996, which is within the time range the Court has found other relevant documents were generated. Therefore, the Court finds Oats may use documents obtained in the California litigation in this case. All of the documents obtained in the California litigation shall be subject to the Protective Order[1] entered in this case. The parties should not construe this order as a ruling by the Court on the admissibility of these documents at trial, the Court merely finds Oats may attempt to use the documents to make her case against Cooper.

IT IS SO ORDERED, this 4th day of October, 2005.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
U.S. District Court

---

[1] Doc. 24.