IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
**TEXARKANA DIVISION**

WANDA L. OATS                                                          PLAINTIFF

VS.                            Civil No. 03-CV-4098

COOPER TIRE & RUBBER COMPANY                     DEFENDANT

## JUDGMENT

Counsel has advised the court that all claims have been settled. It appearing to the Court that it is not necessary that this cause remain upon the court's docket;

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the above styled cause be, and is hereby, dismissed subject to the terms of this settlement agreement; and

IT IS FURTHER ORDERED that if any party desires that the terms of settlement be a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment.

The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

Dated this 10th day of July, 2006.

                                         /s/ Harry F. Barnes
                                         **HARRY F. BARNES**
                                         **U.S. DISTRICT JUDGE**